# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1624

Liberty Energy, Inc. and Nomad Propant Services, LLC

Petitioners

v.

United States Securities and Exchange Commission

Respondent

_____

Petition for Review of an Order of the Securities & Exchange Commission
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)

_____

**ORDER**

Respondent United States Securities and Exchange Commission is directed to file a response stating its position as to the Petitioners' letter regarding notice of pending emergency motion.

Response due by close of business March 27, 2024.

March 26, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans