# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 15, 2024
Lyle W. Cayce
Clerk

No. 24-60109

---

Liberty Energy, Incorporated; Nomad Proppant Services, L.L.C.; State of Louisiana; State of Mississippi; State of Texas; Texas Alliance of Energy Producers; Domestic Energy Producers Alliance; Chamber of Commerce of the United States of America; Texas Association of Business; Longview Chamber of Commerce,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 33-11275
Agency No. 34-99678

---

UNPUBLISHED ORDER

Before Jones, Higginson, and Wilson, *Circuit Judges*.
Per Curiam:

No. 24-60109

IT IS ORDERED that Petitioners Liberty Energy, Inc. and Nomad Proppant Services, L.L.C.'s motion for an administrative stay is GRANTED.