# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Iowa, et al. vs. SEC

The Clerk will enter my appearance as Counsel in Appeal No. 24-1522 / 24-1624 for the following party(s): (please specify)

> Liberty Energy, Inc., et al.

☐ Appellant(s)  ☑ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Katherine C. Yarger  s/: Katherine C. Yarger

Firm Name: Lehotsky Keller Cohn LLC

Business Address: 700 Colorado Blvd., #407

City/State/Zip: Denver, CO 80206

Telephone Number (Area Code): (512) 693-8350

Email Address: katie@lkcfirm.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 04/04/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: