# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 10, 2024

John Robert Rady
SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Mail Stop 9040
Washington, DC  20549

RE: 24-1522  State of Iowa, et al v. SEC
24-1624  Liberty Energy, Inc., et al v. SEC
24-1626  Texas Alliance of Energy Producers, et al v. SEC
24-1627  State of Louisiana, et al v. SEC
24-1628  Chamber of Commerce of the U.S.A., et al v. SEC
24-1631  OH Bureau of Workers' Comp., et al v. SEC
24-1634  State of West Virginia, et al v. SEC
24-1685  National Legal & Policy Center, et al v. SEC
24-2173  National Center for Public Policy Research v. SEC

Dear Counsel of Record:

Please be advised that this court received a new petition for review today on transfer from the U.S. Court of Appeals for the Third Circuit filed by Petitioner National Center for Public Policy Research (Third Circuit Case No. 24-1814).  The case has been opened in our court and assigned Case No. 24-2173.

The briefing schedule issued by this Court on May 20, 2024,  in the above referenced cases was also issued in 24-2173.  The briefing schedule will remain in effect and no changes have been made.

Maureen W. Gornik
Acting Clerk of Court

CMH

Enclosure(s)

cc: Jacob M. Abrahamson
Jorge Benjamin Aguinaga
Aletheia V.P. Allen
Philip J. Axt
Tyler S. Badgley
James Stuart Baehr
Megan Barbero
James A. Barta
Jonathan Bashi
Jonathan Andrew Berry
Jonathan Bond
Nicholas J. Bronni
Alison Carney
Christopher Michael Carr
Christian Brian Corrigan
Vanessa Countryman
Joshua Divine
Andrew N. Ferguson
Lynn Fitch
Thomas Elliot Gaiser
Kevin Michael Gallagher
Samuel R. V. Garland
Paul Garrahan
Garry M. Gaskins II
Steven J. Goldstein
William Grantham
Tracey A. Hardin
Whitney D. Hermandorfer
Jacob H. Huebert
Michele Ann Hunton
Alan M. Hurst
Thomas T. Hydrick
Dylan L. Jacobs
Jason E. James
Julia Erica Jonas-Day
Daryl L. Joseffer
Glenn S. Kaplan
Vanessa L. Kassab
Shayln Kettering
Yuriy Korol
Matthew F. Kuhn
Edmund G. LaCour Jr.
Jennifer L. Lewis
Sheng Li
Victor B. Maddox
Justin L. Matheny
Brian C. McCarty
R. Trent McCotter
Charles David McGuigan
William Milks
Michael E. Moody

Andrew J. Morris
Bradley J. Motl
Elizabeth B. Murrill
 No Clerk
Caleb Orr
Kevin R. Palmer
Autumn Hamit Patterson
Rachel K. Paulose
Ken Paxton
Stephen John Petrany
Ashwin P. Phatak
Stanford Purser
Ewan C. Rayner
James Matthew Rice
Brian Alan Richman
Eugene Scalia
Ryan Schelhaas
Max E. Schulman
Jeffrey Michael Schwab
Lindsay Sara See
Kaelah M. Smith
Mathura Sridharan
Daniel Staroselsky
Heidi Parry Stern
Grant Donald Strobl
Peter N. Surdo
Joshua N. Turner
Patrick Cannon Valencia
Luke A. Wake
Eric H. Wessan
Michael Ray Williams
Wesley Scott Williams
Katherine C. Yarger
Hannah Yindra

    District Court/Agency Case Number(s):  Release No 33-11275
    Release No 34-99678
    File No. S7-10-22