UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Liberty Energy Inc., et al vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1624 **for the following party(s): (please specify)**

Constitutional Accountability Center

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: Brianne J. Gorod    s/: Brianne J. Gorod

Firm Name: Constitutional Accountability Center

Business Address: 1200 18th Street NW, Suite 501

City/State/Zip: Washington, DC

Telephone Number (Area Code): 202-296-6889

Email Address: brianne@theusconstitution.org

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 8/15/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: