UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Liberty Energy, Inc., et al vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1624 for the following party(s): (please specify)

California State Teachers' Retirement System (CalSTRS)

☐ Appellant(s)   ☐ Petitioner(s)   ☐ Appellee(s)   ☐ Respondent(s)   ☑ Amicus Curiae   ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Brian J. Bartow     s/: Brian J. Bartow

Firm Name: General Counsel, California State Teachers' Retirement System (CalSTRS)

Business Address: 100 Waterfront Place

City/State/Zip: West Sacramento, CA 95605

Telephone Number (Area Code): (916) 414-1700

Email Address: BBartow@CalSTRS.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 8/22/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: