No. 24-1624

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**LIBERTY ENERGY, INC.; NOMAD PROPPANT SERVICES, LLC,**
*Petitioners,*

v.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**
*Respondent.*

**DISTRICT OF COLUMBIA, *et al.*,**
*Intervenors.*

Petition for Review of an Order of the
Securities & Exchange Commission

## MOTION TO WITHDRAW CALEB ORR AS COUNSEL

Petitioners Liberty Energy, Inc. and Nomad Proppant Services, LLC's ("Petitioners") counsel Caleb Orr respectfully moves to withdraw as counsel in this case because he will be leaving his employment with Boyden Gray PLLC. Petitioners will continue to be represented by R. Trent McCotter, Jonathan Berry, Michael Buschbacher, and Jared M. Kelson of Boyden Gray PLLC and by Katherine C. Yarger of Lehotsky Keller Cohn LLP.

August 22, 2024                    Respectfully submitted,

                                   /s/ Caleb Orr

Katherine C. Yarger               R. Trent McCotter
LEHOTSKY KELLER COHN LLP            *Counsel of Record*
700 Colorado Blvd # 407           Jonathan Berry
Denver, CO 80206                  Michael Buschbacher
                                  Jared M. Kelson
                                  Caleb Orr
                                  BOYDEN GRAY PLLC
                                  801 17th Street NW, Suite 350
                                  Washington, DC 20006
                                  202-706-5488
                                  tmccotter@boydengray.com

                                  *Counsel for Petitioners*

2

Appellate Case: 24-1624   Page: 2   Date Filed: 08/22/2024 Entry ID: 5427189

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

| | |
|---|---|
| August 22, 2024 | /s/ Caleb Orr |
| | Caleb Orr |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 65 words, excluding the portions exempted. This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure Rule 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

I further certify that this PDF has been scanned for viruses and no viruses were detected.

August 22, 2024 /s/ Caleb Orr
Caleb Orr