**BOYDEN GRAY PLLC**
**800 CONNECTICUT AVE. NW, SUITE 900**
**WASHINGTON, DC 20006**
**(202) 955-0620**

September 25, 2024

Maureen W. Gornik
Acting Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO, 63102

Re: *Liberty Energy Inc. et al. v. SEC* (No. 24-1624 and all consolidated cases)

Dear Ms. Gornik:

I am arguing counsel for Petitioners Liberty Energy Inc. and Nomad Proppant Services LLC, No. 24-1624.

I am writing to inform the Court that I am available for *all* oral argument dates currently listed on the Court's argument calendar.

    Respectfully,

    /S/ R. TRENT MCCOTTER
    BOYDEN GRAY PLLC
    800 Connecticut Ave. NW, Suite 900
    Washington, DC 20006
    202-706-5488
    tmccotter@boydengray.com