UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Liberty Energy, Inc. vs. U.S. Securities & Exchange Comm'n

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1624 for the following party(s): (please specify)

```
Hamilton Lincoln Law Institute
```

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: Anna St. John      s/: Anna St. John

Firm Name: Hamilton Lincoln Law Institute

Business Address: 1629 K Street NW, Suite 300

City/State/Zip: Washington, DC 20006

Telephone Number (Area Code): 917-327-2392

Email Address: anna.stjohn@hlli.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 10/2/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: