# No. 24-1624

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**LIBERTY ENERGY, INC.; NOMAD PROPPANT SERVICES, LLC,**

*Petitioners,*

v.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

*Respondent.*

**DISTRICT OF COLUMBIA,** *et al.***,**

*Intervenors.*

Petition for Review of an Order of the
Securities & Exchange Commission

## MOTION TO WITHDRAW JONATHAN BERRY AS COUNSEL

Jonathan Berry will be leaving his employment with Boyden Gray PLLC and hereby respectfully moves to withdraw as counsel for Petitioners Liberty Energy, Inc. and Nomad Proppant Services, LLC, in the above captioned case. Petitioners Liberty Energy, Inc. and Nomad Proppant Services, LLC will continue to be represented by R. Trent McCotter, Michael Buschbacher, and Jared M. Kelson of Boyden Gray PLLC and by Katherine C. Yarger of Lehotsky Keller Cohn LLP.

October 16, 2025                    Respectfully submitted,

                                    /s/ Jonathan Berry
                                    Jonathan Berry
Katherine C. Yarger                 R. Trent McCotter
LEHOTSKY KELLER COHN LLP            *Counsel of Record*
700 Colorado Blvd # 407             Michael Buschbacher
Denver, CO 80206                    Jared M. Kelson
                                    BOYDEN GRAY PLLC
                                    800 Connecticut Ave. NW, Suite 900
                                    Washington, DC 20006
                                    202-955-0620
                                    jberry@boydengray.com

                                    *Counsel for Petitioners*
                                    *Liberty Energy, Inc. and*
                                    *Nomad Proppant Services, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

October 16, 2025                    /s/ Jonathan Berry
                                              Jonathan Berry

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 65 words, excluding the portions exempted. This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure Rule 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

I further certify that this PDF has been scanned for viruses and no viruses were detected.

October 16, 2025 /s/ Jonathan Berry
Jonathan Berry

4