# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1624

Liberty Energy, Inc. and Nomad Proppant Services, LLC

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

---

Petition for Review of an Order of the Securities & Exchange Commission
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)

---

**ORDER**

The motion to withdraw as counsel filed by Jonathan Andrew Berry is granted. Jonathan Andrew Berry for Liberty Energy, Inc. and Nomad Proppant Services, LLC has been granted leave to withdraw from this case.

October 20, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler