# No. 24-1522 (and consolidated cases)

## IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**STATE OF IOWA, *et al.*,**

*Petitioners,*

v.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

*Respondent.*

**DISTRICT OF COLUMBIA, *et al.*,**

*Intervenors.*

Petition for Review of an Order of the
Securities & Exchange Commission

## MOTION TO WITHDRAW R. TRENT MCCOTTER AS COUNSEL

R. Trent McCotter will be leaving his employment with Boyden Gray PLLC and hereby respectfully moves to withdraw as counsel for Petitioners Liberty Energy, Inc., and Nomad Proppant Services, LLC, in the above captioned cases. Those parties will continue to be represented by Michael Buschbacher and Jared Kelson of Boyden Gray PLLC. *See* No. 24-1624.

December 28, 2025

Respectfully submitted,

<u>*/s/ R. Trent McCotter*</u>
R. Trent McCotter
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

*Counsel for Petitioners Liberty Energy, Inc. and Nomad Proppant Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

*/s/ R. Trent McCotter*
R. Trent McCotter

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 55 words, excluding the portions exempted. This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure Rule 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

I further certify that this PDF has been scanned for viruses and no viruses were detected.

*/s/ R. Trent McCotter*
R. Trent McCotter